Rockland County Trust Company, as Committee of Jeremiah J. Deady, Respondent, v. Herbert T. Jennings, Appellant.— Judgment affirmed by default, with costs. Hirschberg, P. J., Gaynor, Burr, Rich and Miller, JJ., concurred.

Henry Roltair, Respondent, v. Marc Klaw and Abraham L. Erlanger, Appellants.— Judgment and orders unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Gaynor, Burr and Miller, JJ.

Joseph Rosenberg, Respondent, v. Brooklyn, Queens County and Suburban Railroad Company, Appellant.— Judgment and order of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ., concurred.

Jacob Rosenberg, Appellant, v. William Lemminn, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Burr, Rich and Miller, JJ., concurred.

Joseph Rottkamp and Others, Respondents, v. Springfield L. I. Cemetery Society, Appellant.— Order affirmed on argument, with ten dollars costs and disbursements. Hirschberg, P. J., Gaynor, Burr, Rich and Miller, JJ., concurred.

Albert W. Sanbern, Respondent, v. Adrian H. Joline and Douglas Robinson, as Receivers of the New York City Railway Company, Appellants.— Judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Burr, Rich and Miller, JJ.

Theodore Schultze, Respondent, v. New York and Queens County Railway Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ., concurred.

Elizabeth Seale, Respondent, v. Ansonia Clock Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Gaynor, Burr and Miller, JJ.

Harry M. Seymour, Respondent, v. James A. Bennett and Robert Talbott. Comprising and Doing Business under the Firm Name and Style of Bennett & Talbott, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ.

Ella L. Small, Respondent, v. O'Neill-Adams Company, Appellant.— Judgment and order of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Gaynor, Burr and Miller, JJ.